Marvin BRYANT, III, Petitioner–
Appellant,

v.

T. FELKER, Warden, Respondent–
Appellee.

No. 11–15313.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 27, 2011.

Marvin Bryant, III, Vacaville, CA, pro se.

Jill M. Thayer, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

California state prisoner Marvin Bryant, III, appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253 and affirm.

Bryant contends that the pre-trial photo identification procedure was unduly suggestive and tainted the witness' in-court identification. The pre-trial photo identifi-cation procedure was not unduly sugges-tive. Moreover, the in-court identification was sufficiently reliable. *See Manson v. Brathwaite,* 432 U.S. 98, 114, 97 S.Ct. 2243, 53 L.Ed.2d 140 (1977). Accordingly, the state court's denial of this claim was not contrary to, or an unreasonable appli-cation of, clearly established federal law as determined by the Supreme Court. *See* 28 U.S.C. § 2254(d)(1); *Plascencia v. Alamei-da,* 467 F.3d 1190, 1197–98 (9th Cir.2006).

Bryant also contends that his counsel rendered ineffective assistance by failing to move to exclude the witness' pre-trial or in-court identification of him as being a result of an impermissibly suggestive iden-tification procedure. As stated above, the identification procedure was not unduly suggestive. Accordingly, Bryant did not demonstrate a reasonable probability that the result of the proceeding would have been different had his counsel challenged the pre-trial identification procedure. *See Wilson v. Henry,* 185 F.3d 986, 990 (9th Cir.1999). Accordingly, the state court's denial of this claim was not contrary to, or an unreasonable application of, clearly es-tablished federal law as determined by the Supreme Court. *See Penry v. Johnson,* 532 U.S. 782, 792–93, 121 S.Ct. 1910, 150 L.Ed.2d 9 (2001); *Strickland v. Washing-ton,* 466 U.S. 668, 687–88, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

Bryant's motion to expand the certifi-cate of appealability is denied. *See Hiiva-la v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.